

US0D1075331S

| (12) | United States Design Patent | (10) Patent No.: | US D1,075,331 S |
|---|---|---|---|
| | Wang | (45) Date of Patent: | ** May 20, 2025 |

(54) **OUTDOOR CHAISE LOUNGE**

(71) Applicant: **Guangzhou Youlan Technology Co., Ltd.**, Guangdong (CN)

(72) Inventor: **Ming Wang**, Guangdong (CN)

(**) Term: **15 Years**

(21) Appl. No.: **29/910,922**

(22) Filed: **Aug. 25, 2023**

(51) **LOC (15) Cl.** .............................................. 06-01
(52) **U.S. Cl.**
  USPC .......................................................... **D6/361**
(58) **Field of Classification Search**
  USPC ........ D6/360, 361, 362, 364, 366, 379, 716,
    D6/373, 708.16, 368, 334, 375, 348, 372,
    D6/708, 371, 709.2
  CPC .. A47C 4/286; A47C 4/10; A47C 4/20; A47C
    4/283; A47C 4/04; A47C 4/30; A47C
    5/10; A47C 7/70
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| D211,338 | S | * | 6/1968 | Schultz | D6/361 |
| D226,061 | S | * | 1/1973 | Kellman | D6/392 |
| D320,891 | S | * | 10/1991 | Frinier | D6/361 |
| D344,415 | S | * | 2/1994 | Gibbs | D6/361 |
| D390,368 | S | * | 2/1998 | Tseng | D6/361 |
| D545,581 | S | * | 7/2007 | Gower | D6/361 |
| D559,000 | S | | 1/2008 | Vanderminden, Sr. | |
| D646,067 | S | * | 10/2011 | Frinier | D6/361 |
| D703,962 | S | * | 5/2014 | Dordoni | D6/349 |
| D707,049 | S | * | 6/2014 | Asner | D6/361 |
| D802,313 | S | * | 11/2017 | Bernardi | D6/361 |
| D819,993 | S | | 6/2018 | Yang | |
| D825,944 | S | * | 8/2018 | Vermeulen | D6/361 |
| D841,996 | S | * | 3/2019 | Barber | D6/361 |
| D855,342 | S | * | 8/2019 | Lievore | D6/361 |
| D957,836 | S | * | 7/2022 | Ranco | D6/361 |
| D958,555 | S | * | 7/2022 | Xiao | D6/361 |
| D970,239 | S | * | 11/2022 | Feng | D6/361 |
| D973,378 | S | * | 12/2022 | Xiao | D6/361 |
| D974,063 | S | * | 1/2023 | Ranco | D6/361 |
| D984,816 | S | * | 5/2023 | Jiang | D6/361 |
| D986,612 | S | * | 5/2023 | Vering | D6/361 |
| D1,000,142 | S | * | 10/2023 | Xiao | D6/361 |
| D1,018,093 | S | * | 3/2024 | Sun | D6/361 |
| D1,019,170 | S | * | 3/2024 | Wu | D6/361 |
| D1,031,291 | S | * | 6/2024 | Pigazzini | D6/361 |

(Continued)

OTHER PUBLICATIONS

Chaise Lounge by U Uland Store, first available: Mar. 6, 2023. Amazon.com [online], [site visited Jul. 15, 2024], Internet URL: https://www.amazon.com/ULAND-Aluminum-Outdoor-Assemble-Free-Poolside/dp/B0BXKD487N (Year: 2023).*

*Primary Examiner* — Mary Ann Calabrese
*Assistant Examiner* — Hillary Catherine Shepard
(74) *Attorney, Agent, or Firm* — Nitin Kaushik

(57) **CLAIM**

The ornamental design for an outdoor chaise lounge, as shown and described.

**DESCRIPTION**

FIG. **1** is a top, front, and left side perspective view of an outdoor chaise lounge, showing my new design;
FIG. **2** is a bottom, front, and right side perspective view thereof;
FIG. **3** is a top plan view thereof;
FIG. **4** is a bottom plan view thereof;
FIG. **5** is a left side elevational view thereof;
FIG. **6** is a right side elevational view thereof;
FIG. **7** is a front elevational view thereof; and,
FIG. **8** is a rear elevational view thereof.
The evenly spaced broken lines depict portions of the outdoor chaise lounge that form no part of the claimed design.

**1 Claim, 8 Drawing Sheets**



(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| D1,056,536 S * | 1/2025 | Qin | D6/361 |
| D1,063,421 S * | 2/2025 | Xie | D6/361 |
| 2018/0255929 A1* | 9/2018 | Ben-Haim | A47C 1/143 |
| 2023/0363535 A1* | 11/2023 | Sullivan | A47C 1/0244 |
| 2024/0008648 A1* | 1/2024 | Sullivan | A47C 5/06 |

* cited by examiner



FIG. 1



FIG. 2



FIG. 3



FIG. 4



FIG. 5



FIG. 6



FIG. 7



FIG. 8